FILED
July 23, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      DT
                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | S E A L E D  Case No: EP:25-CR-01765-DCG |
| Plaintiff, | § § | |
| v. | § § | **I N D I C T M E N T** |
| JUAN CARLOS AVALOS LIMAS, | § § § | **CTS 1 & 2**: 21:846 – Conspiracy to Possess a Controlled Substance with Intent to Distribute |
| Defendant. | § § § § | |

THE GRAND JURY CHARGES:

### COUNT ONE

That on or about July 8, 2024, in the Western District of Texas, Defendant,

**JUAN CARLOS AVALOS LIMAS,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 846, that is to say, the Defendant conspired to possess a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, with intent to distribute the same, contrary to Title 21, United States Code, Section 841(a)(1), and the quantity of methamphetamine involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 50 grams or more of methamphetamine, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWO

That on or about July 23, 2024, in the Western District of Texas, Defendant,

**JUAN CARLOS AVALOS LIMAS,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 846, that is to say, the Defendant conspired to possess a controlled substance, which offense involved a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (otherwise known as fentanyl), a Schedule II Controlled Substance, with intent to distribute the same, contrary to Title 21, United States Code, Section 841(a)(1), and the quantity of the mixture or substance containing a detectable amount of fentanyl involved in the conspiracy and attributable to the Defendant as a result of the Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to the Defendant is 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney